

<u>**VIA ECF**</u>

March 19, 2020

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

        Re: <u>**Daniel Simmons v. Ripple Labs Inc. et al.**</u>, Case No. 1:20-cv-2236-ER

Dear Judge Ramos,

    I represent Defendants Ripple Labs Inc., XRP II LLC, and Bradley Garlinghouse in the above-referenced matter. We respectfully move the Court to accept and so-order the enclosed stipulated extension of Defendants' deadline to answer, move, or otherwise respond to Plaintiff's Complaint.

    Pursuant to the enclosed stipulation, the parties have agreed to extend Defendants' time to respond from April 2, 2020 to June 3, 2020. The extension will permit Defendants' counsel to investigate the allegations set forth in the Complaint, which concern tens of thousands of alleged virtual currency trades, and to communicate with Plaintiff's counsel regarding the same.

    There have been no prior extensions requested or received. Per the stipulation enclosed to this letter, Plaintiff consents to this request.

    Thank you for your consideration.

                                                Sincerely,

                                               /s/ Damien J. Marshall

                                             Damien J. Marshall
                                             55 Hudson Yards, 20th Floor
                                             New York, NY 10001
                                             DMarshall@bsfllp.com
                                             *Counsel for Defendants*

Encl.

cc:    Ross E. Pitcoff, Counsel for Plaintiff (by ECF)