USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __3/19/2020__

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL SIMMONS, an individual<br><br>                *Plaintiff*,<br><br>v.<br><br>RIPPLE LABS INC., a Delaware corporation; XRP II LLC, a New York Limited Liability Company; and BRADLEY GARLINGHOUSE, an individual,<br><br>                *Defendants*. | Case No. 1:20-cv-2236-ER<br><br>**STIPULATION AND REQUEST TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED, AGREED, AND REQUESTED by and between the undersigned attorneys for Plaintiff Daniel Simmons and Defendants Ripple Labs Inc., XRP II LLC, and Mr. Bradley Garlinghouse, that the deadline for Defendants to serve an answer, move, or otherwise respond to Plaintiff's Complaint filed on March 12, 2020 in the above-captioned case shall be extended from April 2, 2020 to June 3, 2020.  There have been no prior extensions.  Granting this extension will not alter the date of any event or deadline fixed by the Court.

Respectfully submitted,

| | |
|---|---|
| **ROSS PITCOFF LAW** | **BOIES SCHILLER FLEXNER LLP** |
| By: ___/s/ Ross E. Pitcoff_____<br>Ross E. Pitcoff<br>387 Park Avenue South, 5th Floor<br>New York, NY 10016<br>Ross@RossPitcofflaw.com<br>*Counsel for Plaintiff*<br><br>Dated: | By:___/s/ Damien J. Marshall_____<br>Damien J. Marshall<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>DMarshall@bsfllp.com<br>*Counsel for Defendants*<br><br>IT IS SO ORDERED.<br><br>_____<br>Edgardo Ramos, U.S.D.J<br>Dated: __3/19/2020_____<br>New York, New York |

1