UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

SIMMONS

           Plaintiff,

Case No. 20-cv-2236-ER

    -against-

RIPPLE LABS, INC.

          Defendant.

------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Damien Marshall**
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DM2673      My State Bar Number is: 4090213

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
    FIRM NAME: Boies Schiller Flexner LLP
    FIRM ADDRESS: 55 Hudson Yards, NY, NY 10001
    FIRM TELEPHONE NUMBER: 212-446-2300
    FIRM FAX NUMBER: 212-446-2350

NEW FIRM:
    FIRM NAME: King & Spalding LLP
    FIRM ADDRESS: 1185 Avenue of the Americas, NY, NY 10036
    FIRM TELEPHONE NUMBER: 212-556-2100
    FIRM FAX NUMBER: 212-556-2222

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 1, 2020

/s/ Damien Marshall
_____
ATTORNEY'S SIGNATURE