**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SIMMONS,                     )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )  Case No. 20-cv-2236-ER<br>RIPPLE LABS, INC.             )<br>                              )<br>          Defendant.          )<br>                              )<br>                              ) | |

## NOTICE OF APPEARANCE

I, Andrew Michaelson, am admitted to practice in this Court and hereby enter my appearance as counsel for Defendant.

Dated: July 1, 2020

/s/ *Andrew Michaelson*
Andrew Michaelson
KING & SPALDING LLP
1185 Avenue of the Americas, 36th Floor
New York, NY 10036-2601
Telephone: (212) 790-5358
Fax: (212) 556-2222
Email: amichaelson@kslaw.com

*Counsel for Defendant*