**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL SIMMONS, an individual<br><br>*Plaintiff*,<br><br>v.<br><br>RIPPLE LABS INC., a Delaware corporation; XRP II LLC, a New York Limited Liability Company; and BRADLEY GARLINGHOUSE, an individual,<br><br>*Defendants*. | Case No. 1:20-cv-2236-ER<br><br>**STIPULATION AND CONSENT TO TRANSFER CASE TO NORTHERN DISTRICT OF CALIFORNIA** |

WHEREAS, on March 12, 2020, Plaintiff Daniel Simmons filed the instant complaint against Defendants Ripple Labs Inc., XRP II LLC, and Mr. Bradley Garlinghouse (collectively, "Ripple"), Dkt. No. 1;

WHEREAS, on May 14, 2020, Ripple requested a pre-motion conference in connection with Ripple's contemplated motion to dismiss, transfer, or stay this action under the first-filed rule, Dkt. No. 7, to which Mr. Simmons responded on May 19, 2020, Dkt. No. 9;

WHEREAS, on July 1, 2020, the Court held a pre-motion conference on the contemplated motion;

WHEREAS, Mr. Simmons now consents to the transfer of this action to the Northern District of California, and transfer being appropriate under 28 U.S.C. § 1404(a);

IT IS HEREBY STIPULATED, AGREED, AND REQUESTED by and between the undersigned attorneys for Plaintiff Daniel Simmons and Defendants Ripple Labs Inc., XRP II LLC, and Mr. Bradley Garlinghouse, that this action be transferred to the Northern District of California.

|  |  |
|---|---|
|  | Respectfully submitted, |
| **ROSS PITCOFF LAW** | **KING & SPALDING LLP** |
| By: ___/s/ Ross Pitcoff___ | By:___/s/ Damien J. Marshall___ |
| Ross E. Pitcoff | Damien J. Marshall |
| Ross@RossPitcoffLaw.com | DMarshall@KSLaw.com |
| 387 Park Avenue South, 5th Floor | 1185 Avenue of the Americas, 34th Floor |
| New York, NY 10016 | New York, NY 10036 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

IT IS SO ORDERED.

Dated: July 24, 2020
New York, New York

The Honorable Edgardo Ramos
UNITED STATES DISTRICT JUDGE

2