# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:20−cv−02236−ER

| | |
|---|---|
| Simmons v. Ripple Labs Inc. et al | Date Filed: 03/12/2020 |
| Assigned to: Judge Edgardo Ramos | Date Terminated: 07/24/2020 |
| Demand: $119,000 | Jury Demand: Plaintiff |
| Cause: 28:1331sv Fed. Question: Securities Violation | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Daniel Simmons**  represented by **Ross Evan Pitcoff**
*an individual*  The Law Offices of Ross Pitcoff
  Ross Pitcoff Law
  888c 8th Avenue
  10016
  New York, NY 10019
  646−580−3204
  Email: ross@rosspitcofflaw.com
  *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Ripple Labs Inc.**  represented by **Damien Jerome Marshall**
*a Delaware Corporation*  King & Spalding LLP
  1185 Avenue of the Americas
  New York, NY 10036
  212−790−5357
  Fax: 212−556−2222
  Email: dmarshall@kslaw.com
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Andrew Zenner Michaelson**
  King & Spalding LLP
  1185 Avenue of the Americas
  New York, NY 10036
  212−790−5358
  Fax: 212−556−2222
  Email: amichaelson@kslaw.com
  *ATTORNEY TO BE NOTICED*

**Defendant**

**XRP II LLC**  represented by **Damien Jerome Marshall**
*a New York Limited Liability Company*  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Andrew Zenner Michaelson**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | |
|---|---|
| **Bradley Garlinghouse**<br>*an individual* | represented by **Damien Jerome Marshall**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Andrew Zenner Michaelson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2020 | Ï 1 | COMPLAINT against Bradley Garlinghouse, Ripple Labs Inc., XRP II LLC. (Filing Fee $ 400.00, Receipt Number ANYSDC−19098597)Document filed by Daniel Simmons. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Summons).(Pitcoff, Ross) (Entered: 03/12/2020) |
| 03/13/2020 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Edgardo Ramos. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(pne) (Entered: 03/13/2020) |
| 03/13/2020 | Ï | Magistrate Judge Sarah L. Cave is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (pne) (Entered: 03/13/2020) |
| 03/13/2020 | Ï | Case Designated ECF. (pne) (Entered: 03/13/2020) |
| 03/13/2020 | Ï | ***NOTICE TO ATTORNEY REGARDING CIVIL CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Ross Evan Pitcoff. The following case opening statistical information was erroneously selected/entered: Nature of Suit code 150 (Contract: Recovery/Enforcement); Dollar Demand $11,920,622,000; County code Albany. The following correction(s) have been made to your case entry: the Nature of Suit code has been modified to 850 (Securities/Commodities); the Dollar Demand has been modified to $119,000; the County code has been modified to Queens. (pne) (Entered: 03/13/2020) |
| 03/13/2020 | Ï | ***NOTICE TO ATTORNEY TO RE−FILE CIVIL COVER SHEET. Notice to Attorney Ross Evan Pitcoff. Attorney must electronically file the Civil Cover Sheet using the event type Civil Cover Sheet found under the event list Other Documents. (pne) (Entered: 03/13/2020) |
| 03/13/2020 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Ross Evan Pitcoff to RE−FILE Document. The filing is deficient for the following reason(s): the wrong event type was used to file the request for issuance of summons; the summons request should not be filed as an attachment to another document. Re−file the document using the event type Request for Issuance of Summons found under the event list Service of Process − select the correct filer/filers − and attach the summons form PDF. (pne) (Entered: 03/13/2020) |
| 03/18/2020 | Ï 2 | CIVIL COVER SHEET filed..(Pitcoff, Ross) (Entered: 03/18/2020) |

| | | |
|---|---|---|
| 03/18/2020 | Ï 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Ripple Labs, Inc., XRP II, LLC and Bradley Garlinghouse, re: 1 Complaint. Document filed by Daniel Simmons..(Pitcoff, Ross) (Entered: 03/18/2020) |
| 03/19/2020 | Ï 4 | LETTER MOTION for Extension of Time to File Answer addressed to Judge Edgardo Ramos from Damien J. Marshall dated March 19, 2020. Document filed by Bradley Garlinghouse, Ripple Labs Inc., XRP II LLC. (Attachments: # 1 Text of Proposed Order Stipulation).(Marshall, Damien) (Entered: 03/19/2020) |
| 03/19/2020 | Ï 5 | ELECTRONIC SUMMONS ISSUED as to Bradley Garlinghouse, Ripple Labs Inc., XRP II LLC..(pne) (Entered: 03/19/2020) |
| 03/19/2020 | Ï 6 | STIPULATION AND REQUEST TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT, IT IS HEREBY STIPULATED, AGREED, AND REQUESTED by and between the undersigned attorneys for Plaintiff Daniel Simmons and Defendants Ripple Labs Inc., XRP II LLC, and Mr. Bradley Garlinghouse, that the deadline for Defendants to serve an answer, move, or otherwise respond to Plaintiff's Complaint filed on March 12, 2020 in the above−captioned case shall be extended from April 2, 2020 to June 3, 2020. There have been no prior extensions. Granting this extension will not alter the date of any event or deadline fixed by the Court. IT IS SO ORDERED. Bradley Garlinghouse answer due 6/3/2020; Ripple Labs Inc. answer due 6/3/2020; XRP II LLC answer due 6/3/2020., Motions terminated: 4 LETTER MOTION for Extension of Time to File Answer addressed to Judge Edgardo Ramos from Damien J. Marshall dated March 19, 2020. filed by Ripple Labs Inc., XRP II LLC, Bradley Garlinghouse. (Signed by Judge Edgardo Ramos on 3/19/2020) (kv) (Entered: 03/19/2020) |
| 05/14/2020 | Ï 7 | LETTER MOTION for Conference *Request for Pre−Motion Conference* addressed to Judge Edgardo Ramos from Damien J. Marshall dated May 14, 2020. Document filed by Bradley Garlinghouse, Ripple Labs Inc., XRP II LLC..(Marshall, Damien) (Entered: 05/14/2020) |
| 05/15/2020 | Ï 8 | ORDER granting 7 Letter Motion for Conference: The application is GRANTED. The plaintiff is directed to respond to the defendants' letter by Wednesday, May 20, 2020. The parties are further directed to appear for a pre−motion teleconference on July 1, 2020 at 11:30 a.m. The parties may dial (877) 411−9748 and enter access code 302 9857 at that time. (Telephone Conference set for 7/1/2020 at 11:30 AM before Judge Edgardo Ramos.) (Signed by Judge Edgardo Ramos on 5/15/2020) (jwh) (Entered: 05/15/2020) |
| 05/15/2020 | Ï | Set/Reset Deadlines: Responses due by 5/20/2020 (jwh) (Entered: 05/15/2020) |
| 05/19/2020 | Ï 9 | LETTER RESPONSE to Motion addressed to Judge Edgardo Ramos from Ross E. Pitcoff dated 05/19/2020 re: 7 LETTER MOTION for Conference *Request for Pre−Motion Conference* addressed to Judge Edgardo Ramos from Damien J. Marshall dated May 14, 2020. . Document filed by Daniel Simmons..(Pitcoff, Ross) (Entered: 05/19/2020) |
| 07/01/2020 | Ï 10 | NOTICE OF CHANGE OF ADDRESS by Damien Jerome Marshall on behalf of Bradley Garlinghouse, Ripple Labs Inc., XRP II LLC. New Address: King & Spalding LLP, 1185 Avenue of the Americas, New York, New York, 10036, 212−790−5357..(Marshall, Damien) (Entered: 07/01/2020) |
| 07/01/2020 | Ï 11 | NOTICE OF APPEARANCE by Andrew Zenner Michaelson on behalf of Bradley Garlinghouse, Ripple Labs Inc., XRP II LLC..(Michaelson, Andrew) (Entered: 07/01/2020) |
| 07/01/2020 | Ï | Minute Entry for proceedings held before Judge Edgardo Ramos: Telephone Conference held on 7/1/2020. Plaintiff's and Defendants' counsel appeared by telephone. Defendants are granted leave to file a motion to dismiss with the following briefing schedule: moving papers due July 22, 2020; opposition due August 12, 2020; and reply due August 19, 2020. (Motions due by 7/22/2020., Replies due by 8/19/2020., Responses due by 8/12/2020). (jar) (Entered: 07/09/2020) |

| | | |
|---|---|---|
| 07/22/2020 | Ï 12 | NOTICE of Stipulation and Consent to Transfer Case to Northern District of California. Document filed by Bradley Garlinghouse, Ripple Labs Inc., XRP II LLC..(Marshall, Damien) (Entered: 07/22/2020) |
| 07/24/2020 | Ï 13 | STIPULATION AND CONSENT TO TRANSFER CASE TO NORTHERN DISTRICT OF CALIFORNIA: IT IS HEREBY STIPULATED, AGREED, AND REQUESTED by and between the undersigned attorneys for Plaintiff Daniel Simmons and Defendants Ripple Labs Inc., XRP II LLC, and Mr. Bradley Garlinghouse, that this action be transferred to the Northern District of California. IT IS SO ORDERED. (Signed by Judge Edgardo Ramos on 7/24/2020) (ama) (Entered: 07/24/2020) |
| 07/24/2020 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Northern District of California.(ama) (Entered: 07/24/2020) |