UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____

www.cand.uscourts.gov

Susan Y. Soong                                                         General Court Number
Clerk of Court                                                           510-637-3530

July 27, 2020


CASE TITLE: <u>Simmons v. Ripple Labs Inc.</u>

CASE NUMBER:  20-cv-05127-KAW

RECEIVED FROM:  New York Southern; Case: 1:20-cv-02236

TO COUNSEL OF RECORD:

        The above entitled action has been transferred to this District.  All future filings should
reflect the above case number.


                                                Sincerely,

                                                Susan Y. Soong, Clerk

                                                *Cynthia J. Lenahan*
                                                _____
                                                by:  Cynthia Lenahan
                                                Case Systems Administrator
                                                510-637-3538